IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM; UNIVERSITY OF NORTH CAROLINA HOSPITALS AT CHAPEL HILL; JOHNSTON HEALTH SERVICES CORPORATION, A/K/A JOHNSTON MEMORIAL HOSPITAL AUTHORITY; NASH HOSPITALS, INC. | ) ) ) ) ) ) ) ) ) ) |
| v. | 1:25-CV-462 |
| HUMANA HEALTH PLAN, INC.; HUMANA INSURANCE COMPANY; and HEALTH VALUE MANAGEMENT, INC. D/B/A CHOICECARE NETWORK | ) ) ) ) ) |

## **ORDER**

It appearing that the parties have selected, by agreement, CALVIN B. BENNETT, III, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that CALVIN B. BENNETT, III is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 30th day of January, 2026.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court