## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:25-CV-462

Name of Plaintiff(s):
UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM ET AL.

### VERSUS

Name of Defendant(s):
HUMANA HEALTH PLAN, INC., ET AL.

Mediator Name:   CALVIN B. BENNETT III

Telephone No:   919.844.3989

E-Mail Address:   CAL@BENNETT-LAW.COM

### REPORT

### OF

### MEDIATOR

*(For Placement on the CM/ECF Docket)*

☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation.

RECEIVED
In This Office

MAY 15 2026

CLERK U.S. DISTRICT COURT
GREENSBORO, NC.

10354Her

1. **Convening of Mediation.** The mediated settlement conference ordere[d]
   ☒ was held on 4/23/26 - 5/1/26 _____ (date)
   ☐ was NOT held because _____

2. **Attendance**
   ☒ No objection was made on the grounds that any required attendee was [absent]
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☒ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☒ Additional Information:  COMPLETE SETTLEMENT SUBJECT TO AGREEMENT ON FINAL RELEASE TERMS

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are _____
       VOLUNTARY DISMISSAL WITH PREJUDICE _____
   (b) The person responsible for filing the document(s) is  PLAINTIFF'S COUNSEL
   (c) The agreed deadline for filing the document(s) is  30 DAYS FROM FINAL RELEASE

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

| /s/ CALVIN B. BENNETT III | 5/4/26 |
|---|---|
| Mediator Signature | Date |