## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSITY OF NORTH
CAROLINA HEALTH CARE
SYSTEM; UNIVERSITY OF NORTH
CAROLINA HOSPITALS AT
CHAPEL HILL; JOHNSTON
HEALTH SERVICES
CORPORATION, A/K/A JOHNSTON
MEMORIAL HOSPITAL
AUTHORITY; and NASH
HOSPITALS, INC.,

     Plaintiffs,

     v.

HUMANA HEALTH PLAN, INC.;
HUMANA INSURANCE
COMPANY; and HEALTH VALUE
MANAGEMENT, INC. D/B/A
CHOICECARE NETWORK,

     Defendants.

Civil Case No. 1:25-cv-00462

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs

University of North Carolina Health Care System; University of North Carolina

Hospitals at Chapel Hill; Johnston Health Services Corporation, a/k/a Johnston

Memorial Hospital Authority; and Nash Hospitals, Inc. (collectively, "UNC

1

1614178425.1

Health") voluntarily dismiss the above-captioned case, **<u>with prejudice</u>**. Each party

is to bear its own costs and attorneys' fees.


Dated: July 17, 2026 **K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1190

*Counsel for Plaintiffs*

2

1614178425.1

# CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned served a copy of the foregoing document by filing the same with the court's electronic-filing system, which will electronically transmit a copy to all attorneys of record.

Dated: July 17, 2026

**K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1190

*Counsel for Plaintiffs*

3

1614178425.1